IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**MICHAEL JAMES,**                         07-CV-1640-HU

        **Plaintiff,**                   ORDER

v.

**EVERGREEN INTERNATIONAL**
**AIRLINES, INC.,**

        **Defendant.**


**SCOTT N. HUNT**
**R. KYLE BUSSE**
Busse & Hunt
621 S.W. Morrison Street
Suite 521
Portland, OR 97205
(503) 248-0504

        Attorneys for Plaintiff

1- ORDER

**JENNIFER LYN BOUMAN**
Bullard Smith Jernstedt Wilson
1000 S.W. Broadway
Suite 1900
Portland, OR 97205
(503) 248-1134

**DOUGLAS W. HALL**
**ALISON N. DAVIS**
Ford & Harrison LLP
1300 19th Street N.W., Suite 700
Washington, DC 20036
(202) 719-2065

               Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#20) on April 3, 2008, in which he recommended the Court grant Defendant's Motion to Dismiss (#4) as to Plaintiff's claim for wrongful discharge and Plaintiff's claim under Oregon Revised Statutes § 652.150. Plaintiff and Defendant filed Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

2- ORDER

This Court has carefully considered the Objections of both parties and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#20) and, therefore, **GRANTS** Defendant's Motion to Dismiss (#4) as to Plaintiff's claim for wrongful discharge and Plaintiff's claim under Oregon Revised Statutes § 652.150.

IT IS SO ORDERED.

DATED this 23rd day of June, 2008.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3- ORDER